IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00339-WYD-CBS

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

GLAXOSMITHKLINE,
a Pennsylvania corporation;
THE PROCTOR & GAMBLE COMPANY,
an Ohio corporation;
CONAIR CORPORATION,
a Connecticut corporation; and
CHURCH & DWIGHT CO., INC.,
a New Jersey corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Suspend Scheduling Order as to Defendant Conair (*doc. no. 48)* is **GRANTED**.

**DATED:**     August 2, 2007