IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00339-WYD-KLM

RANDALL S. ASHER, D.D.S., M.S.,

	Plaintiff,

v.

GLAXOSMITHKLINE, a Pennsylvania corporation;
THE PROCTOR & GAMBLE COMPANY, an Ohio corporation;
CONAIR CORPORATION, a Connecticut corporation; and
CHURCH & DWIGHT CO., INC., a New Jersey corporation,

	Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Glaxosmithkline (docket #65), filed October 4, 2007.  After carefully reviewing the above-captioned matter, I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Glaxosmithkline (docket #65) is **APPROVED.**  It is

FURTHER ORDERED that all claims and counterclaims between Plaintiff Asher and Defendant Glaxosmithkline shall be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the caption to

reflect this dismissal.

Dated:  October 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge