IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER,

    Plaintiff(s),

v.

THE PROCTOR & GAMBLE COMPANY,
CHURCH & DWIGHT CO., INC.,

    Defendant(s).
_____

**AMENDED MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to the Defendants' Unopposed Motion to Stay the December 20, 2007 Scheduling Conference Until February 18, 2008 and the December 13, 2007 Deadline for Submitting a Proposed Scheduling Order Until February 11, 2008 [Docket No. 76; Filed December 7, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. To the extent that Defendants seek to reschedule the Scheduling Conference, the request is **granted**. However, the date requested by Defendants is a Federal Holiday, and the Court *sua sponte* selects another date.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for December 20, 2007 at 10:00 a.m. is **vacated** and **RESET** to **February 20, 2008 at 10:30 a.m.** in Courtroom A501, 5th Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver. If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for <u>all</u> counsel/pro se parties.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **February 13, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **February 13, 2008.** Parties not

participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.


Dated: December 11, 2007