IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER,

    Plaintiff(s),

v.

THE PROCTOR & GAMBLE COMPANY,
CHURCH & DWIGHT CO., INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to the Defendants' Unopposed Motion to Stay the February 20, 2008 Scheduling Conference Until May 20, 2008 and the February 13, 2008 Deadline for Submitting a Proposed Scheduling Order and Settlement Statement Until May 13, 2008 [Docket No. 80; Filed February 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for is February 20, 2008 at 10:30 a.m. is **vacated** and **RESET** to **May 20, 2008 at 9:30 a.m.** in Courtroom A501, 5th Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver. If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for all counsel/pro se parties.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 13, 2008**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 13, 2008**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: February 7, 2008