IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER,

    Plaintiff(s),

v.

THE PROCTOR & GAMBLE COMPANY,
CHURCH & DWIGHT CO., INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to the parties' Joint Motion to Stay the May 20, 2008 Scheduling Conference Until June 19, 2008 and the May 13, 2008 Deadline for Submitting a Proposed Scheduling Order and Settlement Statement Until June 12, 2008 [Docket No. 84; Filed May 12, 2008] (the "Motion"). This is the parties' fourth motion to reset the scheduling conference.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Scheduling Conference set for May 20, 2008 at 10:00 a.m. is **vacated**. However, the date to reschedule the conference that is proposed by the parties conflicts with other matters set on the Court's calendar. As such, the Court **RESETS** the Scheduling Conference to **July 9, 2008, 2008 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for <u>all</u> counsel/pro se parties.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **July 7, 2008**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to [Mix_Chambers@cod.uscourts.gov.](mailto:Mix_Chambers@cod.uscourts.gov) on or before **July 7, 2008**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj

U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. See D.C.COLO.LCivR 83.2B.

Dated: May 14, 2008