IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER,

    Plaintiff(s),

v.

THE PROCTOR & GAMBLE COMPANY,
CHURCH & DWIGHT CO., INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff and Defendant Church & Dwight Co.'s **Joint Motion to Stay the July 9, 2008 Scheduling Conference Until August 6, 2008** [Docket No. 91; Filed July 7, 2008] ("Motion No. 91").[1] This is the fifth motion to reset the scheduling conference filed by the parties in this case. This matter is also before the Court on Plaintiff and Defendant The Procter & Gamble Company's **Joint Motion to Suspend Scheduling Order as to Defendant The Procter & Gamble Company** [Docket No. 93; Filed July 7, 2008] ("Motion No. 93").

    IT IS HEREBY **ORDERED** that Motion No. 91 is **GRANTED**. The Scheduling Conference set for July 9, 2008, 2008 at 9:30 a.m. is **vacated** and **RESET** to **August 6, 2008 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **No further extensions of time will be permitted.**

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **August 1, 2008**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **August 1, 2008**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the

---

[1] A Stipulation of Dismissal filed by Plaintiff and Defendant The Procter & Gamble Company [Docket No. 90] is pending.

office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

IT IS HEREBY **ORDERED** that Motion No. 93 is **GRANTED**. Case deadlines are stayed as to Defendant The Procter & Gamble Company pending the District Court's resolution of the Stipulation of Dismissal [Docket No. 90].

Dated: July 7, 2008