IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

THE PROCTOR & GAMBLE COMPANY, an Ohio corporation; and
CHURCH & DWIGHT CO., INC., a New Jersey corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the stipulation of dismissal between Plaintiff and Defendant Proctor & Gamble Company (docket #90), filed July 7, 2008. After carefully reviewing the above-captioned matter, I find that this stipulation should be approved. Accordingly, it is

ORDERED that the stipulation of dismissal between Plaintiff and Defendant Proctor & Gamble Company (docket #90), filed July 7, 2008, is **APPROVED.** It is

FURTHER ORDERED that the civil action between Plaintiff Asher and Defendant Proctor & Gamble Company shall be **DISMISSED WITH PREJUDICE** except that Defendant Proctor & Gamble Company's claim and defense of invalidity is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees. It is

FURTHER ORDERED that the Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement. It is

FURTHER ORDERED that the Clerk of the Court shall amend the caption to reflect this dismissal.

Dated: July 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge