IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00339-WYD-KLM

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

CHURCH & DWIGHT CO., INC., a New Jersey corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the stipulation of dismissal between Plaintiff and Defendant Church & Dwight Co., Inc. (docket #101), filed July 24, 2008. After carefully reviewing the above-captioned matter, I find that this stipulation should be approved. Accordingly, it is

ORDERED that the stipulation of dismissal between Plaintiff and Defendant Church & Dwight Co., Inc. (docket #101), filed July 24, 2008, is **APPROVED.** It is

FURTHER ORDERED that the civil action between Plaintiff Asher and Defendant Church & Dwight Co., Inc. shall be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. It is

FURTHER ORDERED that the Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement.

Dated: July 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge